DAVID A. HUBBERT
Deputy Assistant Attorney General

LANDON YOST
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-307-2144
Fax: 202-307-0054
Landon.M.Yost@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM L. GIFFORD; MILL CREEK POWER, LTD.,<br><br>Defendant. | Case No. 2:23-cv-329-JAD-BNW<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST MILL CREEK POWER, LTD.**<br><br>ECF No. 16 |

The United States moves for default judgment against Mill Creek Power, Ltd. [ECF No. 16] The Court has fully reviewed the briefing on the matter and for the reasons stated in the United States' motion, the Court GRANTS the Motion for Default Judgment. IT IS THEREFORE ORDERED that any interest that Mill Creek Power, Ltd. may have held in 2305 La Solana Way, Las Vegas, Nevada 89102, and legally described as

> Lot Eight (8) in Block One (1) of RANCHO BONITO ESTATES UNIT NO. 2, as shown by Map thereof on file in Book 23 of Plates, page 46, in the Office of the County Recorder of Clark County, Nevada

is extinguished.

    So, with good cause appearing and no reason to delay, the Clerk of Court is directed to ENTER PARTIAL FINAL JUDGMENT against Defendant Mill Creek Power, Ltd. in this regard.

Dated: 11-15-23

_____
United States District Judge Jennifer A. Dorsey