DAVID A. HUBBERT
Deputy Assistant Attorney General

LANDON YOST
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-307-2144
Fax: 202-307-0054
Landon.M.Yost@usdoj.gov

*Counsel for the United States*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM L. GIFFORD; MILL CREEK POWER, LTD.,<br><br>    Defendant. | Case No. 2:23-cv-329-JAD-BN<br><br>**ORDER STAYING CASE PENDING SETTLEMENT**<br><br>ECF No. 18 |

Before the Court is the parties' Notification of Settlement and Joint Motion to Stay Remaining Deadlines. For good cause shown, the Court grants the Joint Motion to Stay Remaining Deadlines [ECF No. 18]. With good cause appearing, it is hereby:

ORDERED that the remaining deadlines in this case, including those related to the United States' motion for summary judgment, are hereby stayed, pending completion of the parties' settlement agreement . On or before January 15, 2024, the parties must file either a status report or joint motion for dismissal.

Dated: 11/15/23

_____
United States District Judge Jennifer A. Dorsey