DAVID A. HUBBERT
Deputy Assistant Attorney General

LANDON YOST
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-307-2144
Fax: 202-307-0054
Landon.M.Yost@usdoj.gov

*Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cv-329-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS** |
| v. | |
| WILLIAM L. GIFFORD; MILL CREEK POWER, LTD., | ECF No. 27 |
| Defendant. | |

The United States and William Gifford (the only appearing parties) previously notified the Court that they had entered into a settlement agreement that, once completed, would resolve all issues in this case, and requested that this case be stayed to allow for completion of that settlement agreement. The settlement agreement has been completed, and the parties therefore jointly move and stipulate to voluntarily dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees in connection with this case.

//

//

1

Respectfully submitted this 25th day of July, 2024.

| | |
|---|---|
| **NARDIELLO TURANCHIK LLP** | **U.S. DEPT. OF JUSTICE, TAX DIVISION** |
| **KAEDIAN LLP** | |
| By /s/ Chad D. Nardiello<br>   CHAD D. NARDIELLO<br>   NANNINA ANGIONI<br>   *Attorneys for William L. Gifford* | By /s/ Landon Yost<br>   LANDON YOST<br>   *Counsel for the United States* |

## ORDER

Based on the parties' stipulation [ECF No. 27] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
**U.S. District Judge Jennifer A. Dorsey**
**Dated: July 30, 2024**